DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SARIT J. ASSIL,** n/k/a **SARIT LEVY,**
Appellant,

v.

**DEUTSCHE BANK TRUST COMPANY AMERICAS,** As Trustee For
**RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES SERIES 2005-QO1, AURORA LOAN
SERVICES, LLC,**
Appellees.

No. 4D17-2070

[March 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan Lubitz, Judge; L.T. Case No. 50-2016-CA-012206-XXXX-MB.

Craig A. Boudreau, West Palm Beach, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; and Celia C. Falzone of Akerman LLP, Jacksonville, for appellee Deutsche Bank Trust Company Americas, as trustee for Residential Accredit Loans, Inc., Mortgage Asset-backed Pass-through Certificates Series 2005-QO1.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***